**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **LUIS HUMBERTO LECHON COTACHACHI,** | § | |
| **Petitioner,** | § | |
| | § | **CIVIL NO. 1:26-CV-00236-ADA-SH** |
| **v.** | § | |
| **PAMELA BONDI, IN HER OFFICAL CAPACITY AS U.S. ATTORNEY GENERAL, ET AL,** | § | |
| **Respondents.** | § | |

## FINAL JUDGMENT

On February 26, 2026, this Court denied Petitioner's Petition for Writ of Habeas Corpus. Dkt. No. 8. As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS SO ORDERED** that the Clerk's Office is respectfully directed to **CLOSE** this case.

**SIGNED** on March 2, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE